UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>  v.<br><br>PEDEMONTE PROPERTIES, INC., a California Corporation; CAROLE MAZMANIAN CHOOLJIAN, Trustee of the Mazmanian Non-Marital Trust; PAYLESS SHOESOURCE, INC., a Missouri Corporation; M S SANDHU LOS BANOS, INC.; and Does 1-10,<br>    Defendants. | Case: 2:17-CV-01902-JAM-CKD<br><br>**ORDER** |

## **ORDER**

Pursuant to the parties stipulation, defendant Carole Mazmanian Chooljian is hereby ordered dismissed with prejudice.

Dated: 1/31/2018      /s/ John A. Mendez_____
                 HONORABLE JOHN A. MENDEZ
                 UNITED STATES DISTRICT COURT JUDGE

1